# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: : No. 299
:
DESIGNATION OF CHAIR AND VICE- : DISCIPLINARY BOARD APPOINTMENT
CHAIR OF THE DISCIPLINARY BOARD : DOCKET
OF PENNSYLVANIA :

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of May, 2018, Brian J. Cali, Esquire, is hereby designated as Chair, and Andrew J. Trevelise, Esquire, as Vice-Chair, of the Disciplinary Board of Pennsylvania, commencing August 7, 2018.